# First District Court of Appeal
## State of Florida

_____

No. 1D17-3491
_____

THOMAS LOUIS DYCUS, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

January 26, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Thomas Louis Dycus, III, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.